UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOVO NORDISK, A/S et al,

    Plaintiffs,

v.

                                  CASE NO. 8:24-cv-2123-SDM-CPT

INFINITY MEDICAL INST., LLC,

    Defendant.
_____/

**ORDER**

An order (Doc. 19) granted the plaintiffs' motion (Doc. 18) for default judgment. This action is **REFERRED** to the magistrate judge (1) to permit and supervise any necessary discovery, (2) to conduct any proceeding or hearing necessary to determine the defendant's profit from any semaglutide or semaglutide-related product or service, and (3) to issue a report and recommendation specifying the default judgment to which the plaintiff is entitled.

**ORDERED** in Tampa, Florida, on March 6, 2026.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE